FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZIRKLE FRUIT COMPANY, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GUARDIAN IGNITION INTERLOCK MANUFACTURING, INC., a Georgia corporation,<br><br>    Defendant. | No. 1:23-CV-03025-SAB<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

    Before the Court is the parties' Stipulation and (Proposed) Order of Dismissal, ECF No. 45. Plaintiff is represented by Jacob A. Lara, Jerome R. Aiken, and Robert S. Urlocker. Defendant is represented by Nohl C. Speck, Thomas Vandenburg, and Timothy J. Repass. The stipulated motion was heard without oral argument.

    The parties inform the Court that they have reached an agreement for full and final resolution of this matter. Accordingly, the parties stipulate and agree that this matter shall be dismissed with prejudice, in its entirety, without an award of costs or fees to any party. Being fully informed, the Court grants the stipulated motion.

//

**ORDER DISMISSING CASE AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and (Proposed) Order of Dismissal, ECF No. 45, is **GRANTED**.

2. All pending motions are **DISMISSED as moot**.

3. Pursuant to the Parties' stipulation, the above-mentioned matter is **DISMISSED with prejudice without an award of costs or fees.**

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 3rd day of June 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE AND CLOSING FILE # 2**